**Order entered March 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00199-CR**

**THE STATE OF TEXAS, Appellant**

**V.**

**JUANITA JERNIGAN, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB18-54318-M**

**ORDER**

Before the Court is the State's March 10, 2020 motion to abate the appeal for findings of fact and conclusions of law. The motion asserts, and the clerk's record on file at the Court confirms, that the State filed a February 14, 2020 request for findings of fact and conclusions of law after the trial court granted Juanita Jernigan's motion to suppress. We **GRANT** the State's March 10, 2020 motion.

We **ORDER** the Honorable Pamela Luther**,** Presiding Judge, County Criminal Court of Appeals No. 2, Dallas County, to issue, **on or before APRIL**

**20, 2020**, findings of fact and conclusions of law. *See State v. Elias*, 339 S.W.3d 667, 674 (Tex. Crim. App. 2011); *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). If necessary, the judge may review the reporter's record of the testimony upon which the original ruling was made to refresh her recollection of the reasons behind such ruling. *See Wicker v. State*, 740 S.W.2d 779, 784 (Tex. Crim. App. 1987).

We **ORDER** Dallas County Clerk John Warren to file a supplemental clerk's record containing the trial court's findings and conclusions **on or before APRIL 23, 2020.**

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Pamela Luther, Presiding Judge, County Criminal Court of Appeals No. 2, Dallas County; Dallas County Clerk John Warren; and counsel for the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. It shall be reinstated when the supplemental clerk's record is filed or when the Court deems it appropriate to do so.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE